# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3721
LT Case No. 2020-DP-44-B
_____

R.N., Father of J.W., a Child

 Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

 Appellee.

_____

On Appeal from the Circuit Court for Seminole County.
Melissa Souto, Judge.

James R. Jupena, of Law Office of James R. Jupena, Altamonte
Springs, for Appellant.

Kelley Schaeffer, of Children's Legal Services Department of
Children and Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, and Douglas J. Glaid, Pro Bono for the Florida
Statewide Guardian ad Litem Office, Fort Lauderdale, for
Guardian ad Litem.

April 18, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____